# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS BEAVERS, | CASE NO. CV F 12-0848 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** |
| vs. | (Doc. 8.) |
| MADERA RANCHOS PIZZA FACTORY, LLC, | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this action in its entirety;
2. VACATES all pending matters and dates, including the August 21, 2012 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   July 12, 2012                    /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

1