IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS BEAVERS,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>MADERA RANCHOS PIZZA FACTORY, LLC,<br><br>　　　　　　Defendant. | CASE NO. CV F 12-0848 LJO SMS<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 8.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this action in its entirety;
2. VACATES all pending matters and dates, including the August 21, 2012 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:　July 12, 2012**　　　　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1